

| PPG Industries | PPG ID | 182756 | Social Security Number | ***-**-2682 |
|---|---|---|---|---|

**PAYROLL STATEMENT**

Pay Period  1/1/2008  to  1/31/2008

HIAWATHA M LOWRY
807 OAK RIDGE
KEARNEY MO 64060

| | Allowance | Withholding Status |
|---|---|---|
| Federal: | 4 | Single |
| State (MO): | 7 | Head of Household |

| Earnings | Hours | Current | Y-T-D | Deductions | Current | Y-T-D |
|---|---|---|---|---|---|---|
| REG SALARY | | 4,200.00 | 4,200.00 | FIT | 354.45 | 354.45 |
| MID MTH SAL ADVANCE | | | 1,386.00 | MEDICARE | 57.46 | 57.46 |
| | | | | SS | 245.71 | 245.71 |
| | | | | SIT(MO) | 105.00 | 105.00 |
| | | | | ADVANCE PAYBACK | 1,386.00 | 1,386.00 |
| | | | | DENTAL PRETAX | 25.00 | 25.00 |
| | | | | MEDICAL INS PRETAX | 212.00 | 212.00 |
| | | | | VOLUNTARY LEGAL | 15.75 | 15.75 |

**PAY SUMMARY**

| Description | Current | Y-T-D | Description | Current | Y-T-D |
|---|---|---|---|---|---|
| Gross Cash | 4,200.00 | 5,586.00 | Federal Taxable Gross | 3,963.00 | 3,963.00 |
| Pre-Tax Deductions | 237.00 | 237.00 | State Taxable Gross | 3,963.00 | 3,963.00 |
| Tax Deductions | 762.62 | 762.62 | FICA Taxable Gross | 3,963.00 | 3,963.00 |
| Other Deductions | 1,401.75 | 1,401.75 | | | |
| **NET PAY** | **1,798.63** | **3,184.63** | Bond Balance | | |

Your net pay will be distributed into the following account(s):

| Amount | Account Type | Account Number | Bank Name |
|---|---|---|---|
| 1,798.63 | Checking Account | 003471092097 | Bank of America |

**This deposit becomes available for withdrawal from your account(s) on: 1/31/2008**

H 3

**PPG INDUSTRIES**
PAYROLL STATEMENT

8071897048

Pay Period 01-DEC-2007 to 31-DEC-2007

PLEASE VERIFY YOUR WITHHOLDING ALLOWANCE AND
FILING STATUS LISTED BELOW.  IF THEY SHOULD
BE DIFFERENT FOR 2008, COMPLETE A NEW
2008 FORM W-4.

HIAWATHA M LOWRY
807 OAK RIDGE
KEARNEY MO 64060

PPG ID: 182756          Soc Sec No:
Check No. 8071897048

**Allowance**   **Withholding Status**
Federal:   4    Single
State (MO): 7   Head of Household

| Earnings | Hours | Current | Y-T-D | Deductions | Current | Y-T-D |
|---|---|---|---|---|---|---|
| ADJUSTMENT REG | | 381.82 | 381.82 | FIT | 463.04 | 463.04 |
| REG SALARY | | 4200.00 | 4200.00 | MEDICARE | 63.22 | 63.22 |
| | | | | SS | 270.31 | 270.31 |
| | | | | SIT (MO) | 125.00 | 125.00 |
| | | | | DENTAL PRETAX | 23.00 | 23.00 |
| | | | | MEDICAL INS PRETAX | 199.00 | 199.00 |