UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
Kansas City Division

In Re

**Hiawatha Maria Lowry aka Hiawatha Maria Windsor** ,

    Debtor.

**Wells Fargo Bank N.A. A National Bank Association as Trustee C/O Chase Home Finance LLC as servicing agent** ,
its successors and assigns,

    Movant.

Case No: **08-40678**

ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO  63141
(314) 991-0255
wdmo@km-law.com

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW William T. Holmes, of Kozeny & McCubbin, L.C., Attorneys at Law, and hereby enters his appearance on behalf of the Movant, **Wells Fargo Bank N.A. A National Bank Association as Trustee C/O Chase Home Finance LLC as servicing agent** , in the above styled cause of action and requests notice of all filings.

    Kozeny & McCubbin, L.C.

By:   \_\_/s/\_William T. Holmes II_____
    Nancy J. Stokley, MO #54103
    William T. Holmes II, MO #59759
    Attorneys for Movant
    12400 Olive Blvd., Suite 555
    St. Louis, MO 63141
    Phone: (314) 991-0255
    Fax:  (314) 567-8019
    wdmo@km-law.com



The undersigned certifies that a copy of the above and foregoing pleading was filed electronically and/or mailed by U.S. First Class Mail on February 29, 2008 , to:

**Hiawatha Lowry**
*Debtor*
807 Oak Ridge St.
Kearney , MO 64060

**Gabriel A Domjan**
*Attorney for Debtor*
4971B NE Goodview Circle
Lee`s Summit , MO  64064

**Janice E. Stanton**
*Trustee*
104 W. 9th St. Ste. 303
Kansas City , MO 64105

**Office of the U.S. Trustee**
*U.S. Trustee*
400 E. 9th St., Room 3440
Kansas City, MO 64106

**HFC**
*Creditor*
PO Box 5223
Carol Stream, IL 60197

**Wilshire**
*Creditor*
PO Box 7195
Pasadena, CA 91109

/s/ Erica Davner
Erica Davner

