UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
Kansas City Division

In Re

**Hiawatha Maria Lowry aka Hiawatha Maria Windsor** ,

    Debtor.

**Wells Fargo Bank N.A. A National Bank Association as Trustee C/O Chase Home Finance LLC as servicing agent** ,
its successors and assigns,

    Movant,

v.

**Hiawatha Maria Lowry aka Hiawatha Maria Windsor** , Debtor,

and

**Janice E. Stanton** , Trustee

    Respondents.

Case No: **08-40678**

Chapter **7**

CERTIFICATE OF SERVICE

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 991-0255
wdmo@km-law.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the and a copy of this pleading was mailed by U.S. First Class Mail  the 6th day of March, 2008 to the parties listed below:

The undersigned hereby certifies that a copy of the Notice and Order Setting Hearing on Motion for Relief from Stay regarding 1002 Redemption Way, Florissant, MO 63034, filed by Wells Fargo Bank, N.A. A National Bank National



Association as Trustee C/O Chase Home Finance LLC as servicing agent, and a copy of this pleading was mailed by U.S. First Class Mail the 6th day of March, 2008 to the parties listed below:

**Hiawatha Lowry**
*Debtor*
807 Oak Ridge St.
Kearney , MO 64060

**HFC**
*Creditor*
PO Box 5223
Carol Stream, IL 60197

**Wilshire**
*Creditor*
PO Box 7195
Pasadena, CA 91109

                        Kozeny & McCubbin, L.C.

By:    __/s/_William T. Holmes II_____
Nancy J. Stokley, MO #54103
William T. Holmes II, MO #59759
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 567-8019
wdmo@km-law.com

