**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HIAWATHA LOWRY, | ) | CASE NO.:   08-40678-abf7 |
| | ) | CHAPTER:   7 |
| Debtor. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are given notice that Noonan & Wiseman, P.C. has been engaged by the creditor identified below to serve as its authorized agent and to represent its interest in this matter:

Ford Motor Credit Company LLC, a Delaware limited liability company and its successors and /or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

    Respectfully Submitted:
    /s/ Melinda J. Maune
    MELINDA J. MAUNE, #49797
    Noonan & Wiseman, P.C.
    701 Market Street, Suite 1400
    St. Louis, Missouri  63101
    (314) 241-4747
    (314) 241-2039 fax
    tjnbk@thomasnoonan.com

## CERTIFICATE OF SERVICE

      This is to certify that this Entry of Appearance was electronically filed with the court on the 18th day of March, 2008.

                                                               /s/ Melinda J. Maune
                                                               MELINDA J. MAUNE