# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                                      )
                                            )
**HIAWATHA MARIA LOWRY**                    )        **Case #: 08-40678-ABF-7**
                                            )
                                            )
_____ Debtor _____     )

### TRUSTEE'S OBJECTION TO MOTION FOR RELIEF
### FROM AUTOMATIC STAY FILED BY WELLS FARGO BANK, N.A. AND
### REQUEST FOR HEARING ALREADY SET BE CONTINUED TO THE NEXT DATE

**COMES NOW** Janice E. Stanton, the Chapter 7 Trustee, and in response to the Motion for Relief from Automatic Stay filed by Wells Fargo Bank, N.A. The Trustee states and alleges as follows:

1.  The Debtor filed for relief under Chapter 7 on February 27, 2008 and Janice E. Stanton was appointed as the Chapter 7 Trustee.

2.  Creditor, Wells Fargo Bank, N.A., by its Motion for Relief from Automatic Stay requests relief to foreclose its security interest in certain real property commonly known as 1002 Redemption Way, Florissant, Missouri 63034 with a legal description of:

**LOT 121 OF SACRE COEUR II PLAT 3, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 219 PAGE 87 OF THE ST. LOUIS COUNTY RECORDS.**

3.  The §341 Meeting of Creditors in this case is scheduled for April 1, 2008, at 10:00 am.

4.  The Debtor has not yet appeared at the §341 Meeting of Creditors, and the Trustee needs an opportunity to question the Debtor in order to determine whether or not there is equity in the real property for the benefit of the estate.

**WHEREFORE**, the Chapter 7 Trustee respectfully requests that the hearing already set  on the Motion for Relief from Automatic Stay filed by Wells Fargo Bank, N.A. be continued to a date after the §341 meeting of April 01, 2008, and for such other orders as the Court deems just and proper.

*Respectfully submitted,*

 */s/ Janice E. Stanton*
**JANICE E. STANTON, MO. BAR NO. 34055**
Stanton & Redlingshafer, L.L.C.
104 West 9th Street - Suite 303
Kansas City, Missouri  64105
Telephone:  816/421-7770
Facsimile:   816/421-7773
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I, Janice E. Stanton, hereby certify that on the **18th** day of **March, 2008**, the above and foregoing Objection was electronically filed with the Clerk of the United States Bankruptcy Court for the Western District of Missouri and electronic notice of the same was made by the Office of the Clerk upon parties of interest registered on the ECF system, and a true and correct copy of Objection was served on the **18th** day of **March, 2008**, by United States Mail, postage prepaid and properly addressed to:

Office of the United States Trustee
Charles Evan Whittaker
United States Courthouse
400 East 9th Street - Room 3440
Kansas City, Missouri 64106

William T. Holmes II
12400 Olive Blvd - Suite 555
St. Louis, Missouri 63141
*Attorney for Creditor*

 */s/ Janice E. Stanton*
**Janice E. Stanton, Chapter 7 Trustee**