# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Re: ) | |
| ) | |
| **HIAWATHA MARIA LOWRY**   ) | **Case No.: 08-40678-ABF-7** |
| ) | |
| ) | |
| Debtor    ) | |

### NOTICE OF WITHDRAWAL OF TRUSTEE'S
### OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
### FILED BY WELLS FARGO BANK, N.A. AND REQUEST FOR
### <u>HEARING ALREADY SET BE CONTINUED TO THE NEXT DATE (DOCKET #16)</u>

**COMES NOW** the duly appointed Chapter 7 Trustee, Janice E. Stanton withdraws her Trustee's Objection to Motion for Relief from Automatic Stay filed by Wells Fargo Bank, N.A. and Request for Hearing Already set be Continued to the Next Date filed March 19, 2008, Docket #16.

Respectfully submitted;

*/s/ Janice E. Stanton*
**JANICE E. STANTON, MO. BAR #34055**
104 West 9th Street - Suite 303
Kansas City, Missouri 64105
Telephone: 816/421-7770
Facsimile: 816/421-7773
*Chapter 7 Trustee*

# **CERTIFICATE OF SERVICE**

      I, Janice E. Stanton, hereby certify that on this **31st** day of **March, 2008**, the above and foregoing NOTICE OF WITHDRAWAL was filed electronically with the Clerk of the United States Bankruptcy Court for the Western District of Missouri and notice of this filing was served electronically by the Clerk of the Bankruptcy Court to parties of interest registered on the ECF system, and a duplicate copy was deposited in the United States mail, via first-class postage prepaid to the following:

| | |
|---|---|
| Office of the United States Trustee | William T. Holmes II |
| Charles Evan Whittaker | 12400 Olive Blvd - Suite 555 |
| United States Courthouse | St. Louis, Missouri 63141 |
| 400 East 9th Street - Room 3440 | *Attorney for Creditor* |
| Kansas City, Missouri 64106 | |

                        */s/ Janice E. Stanton*
                        **Janice E. Stanton**