**Wilshire Credit Corporation**

**Payments**
P.O. Box 7195; Pasadena, CA  91109-7195

**Correspondence**
P.O. Box 8517; Portland, OR  97207-8517

**Phone**
(888) 502-0100

**Fax**
(503) 952-7476

**Web Site**
www.wcc.ml.com

April 14, 2008

Clerk of the Court
US Bankruptcy Court
MISSOURI - Western District (Kansas City)
400 East 9th Street, Room 1510
Kansas City, MO  64106

Re:   Hiawatha Maria Lowry
      Bankruptcy Case No. 08-40678
      Wilshire Loan No. 382854

Dear Clerk of the Court:

Wilshire Credit Corporation is servicer of the mortgage in the above named debtor(s) bankruptcy case.  Please add the following name and address to the debtor(s)' mailing matrix:

> Wilshire Credit Corporation
> PO Box 1650
> Portland, OR  97207-1650

If you have any questions please do not hesitate to call the undersigned

Sincerely,

/s/ Nancy Zumwalt
Bankruptcy Specialist